## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HAMIDOU NIANG**<br>       **Petitioner,**<br><br>       **v.**<br><br>**JAMAL L. JAMISON, in his official capacity as Warden of the Philadelphia Federal Detention Center; BRIAN MCSHANE, in his official capacity as Acting Philadelphia Field Office Director – United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; TODD LYONS, in his official capacity as Acting Attorney General of the United States,**<br>       **Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO.  26-3210** |

## O R D E R

**AND NOW**, this 13th day of May, 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 1), it is hereby **ORDERED** as follows:

1. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of

   Pennsylvania without further order of the Court.

2. Respondents shall file and serve a response on or before **May 15, 2026**.


                    **BY THE COURT:**

                    **/s/ Hon. Kelley B. Hodge**
                    _____
                       **HODGE, KELLEY B., J.**